Case 1:19-cv-11422-DCF   Document 15   Filed 05/05/20   Page 1 of 2

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: Andreea Lechleitner
Special Assistant U.S. Attorney
c/o Social Security Administrative
Office of the General Counsel
26 Federal Plaza, Ste. 3904
New York, New York 10278
Tel. (212) 264-2442
Fax (212) 264-6372
Andreea.Lechleitner@ssa.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ANAYIS GOMEZ MEDINA,

                Plaintiff,

        - v. -

ANDREW M. SAUL,
Commissioner of
Social Security,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STIPULATION AND ORDER

1:19-cv-11422-DCF

      IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff and the attorney for the defendant, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings.

The Clerk is directed to enter judgment.  See Shalala v. Schaefer, 509 U.S. 292 (1993).

Dated:  New York, New York
        May 5, 2020

By: */s/ Anayis Gomez Medina*
    Anayis Gomez Medina
    1775 Clay Avenue
    Bronx, NY 10457
    Tel. (347) 223-6113
    Anayis20@hotmail.com

By: */s/ Andreea Lechleitner*
    Andreea Lechleitner
    Special Assistant U.S. Attorney
    c/o Social Security Administrative
    Office of the General Counsel
    26 Federal Plaza, Ste. 3904
    New York, New York 10278
    Tel. (212) 264-2442
    Fax (212) 264-6372
    Andreea.Lechleitner@ssa.gov

Dated: May 6, 2020

SO ORDERED:

HON. DEBRA C. FREEMAN
UNITED STATES MAGISTRATE JUDGE

2